John Schreyer, Respondent, *v.* John F. Schreyer et al., Defendants, and Elizabeth Gibbins et al., Appellants.

*Schreyer* v. *Schreyer*, 101 App. Div. 456, affirmed.
(Argued October 2, 1905; decided October 17, 1905.)

Appeal, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 16, 1905, affirming an interlocutory judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The following question was certified: "Did the deed executed by James L. Lowry on the 4th day of August, 1891, terminate the trust theretofore existing and vest a good and valid title in fee simple in the said premises in the said Henrietta Guldenkirch, free and clear of any trust?"

*Algernon S. Norton* and *Carlos C. Alden* for appellants.

*Alexander Thain* for respondent.

Interlocutory judgment affirmed, with costs, on opinion below. Question certified answered in the affirmative.

Concur: Cullen, Ch. J., Gray, Bartlett, Haight, Vann and Werner, JJ. Absent: O'Brien, J.